COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Emmanuel Offiong James v. Miriam Sebastian James

Appellate case number:   01-22-00410-CV

Trial court case number: 116151-F

Trial court:             300th District Court of Brazoria County

Appellant filed a statement of inability to afford payment of court costs in the trial court. The appellate record does not indicate that the trial court overruled the party's claim of indigence. *See* TEX. R. APP. 20.1(b)(1). Appellant also filed a statement of inability to afford costs in this Court. We construe appellant's filing as his communication that he is presumed indigent. *See* TEX. R. APP. 20.1(b)(2). Appellant may therefore proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1(b)(1).

Judge's signature: _____/s/ Sherry Radack_____
                   ☒ Acting individually    ☐ Acting for the Court

Date: ___August 2, 2022_____